Sweet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/10

------------------------------------------------------------x
ALZHEIMER'S DISEASE AND RELATED
DISORDERS ASSOCIATION, INC.,

              Plaintiff,

vs.

ALZHEIMER'S FOUNDATION OF
AMERICA, INC., d/b/a ALZHEIMER'S
FOUNDATION,

              Defendant.
------------------------------------------------------------x

Civ. No. 10 CV 5013 (RWS)
ECF Case

**REQUEST AND STIPULATION**

The parties hereto jointly request, stipulate, and agree, that the last day for Defendant to answer, move, or otherwise respond to the Complaint in the above captioned matter, shall be extended to and including September 8, 2010. This is the second request for such an extension of time. The original date of such action by Defendant was July 27, 2010, and the parties' stipulation to extend such deadline to and including August 16, 2010 was granted on July 13, 2010. All parties consent to this extension.

FENSTERSTOCK & PARTNERS LLP

By: _____
Blair C. Fensterstock (BF 2020)

30 Wall Street
New York, New York 10005
(212) 785-4100

*Attorneys for Defendant*

McDERMOTT, WILL & EMERY

By: _____
Joseph R. Robinson (JR 9308)

340 Madison Avenue
New York, New York 10173
(212) 547-5400

*Attorneys for Plaintiff*

SO ORDERED this ____
day of July, 2010

_____
Robert W. Sweet, U.S.D.J.

8-3-10